IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § §  CASE NO.  6:17-CR-00077-JDK § |
| v. | § § § |
| DEREK LAMAR ELAM | § § |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Derek Lamar Elam be sentenced to eighteen months' imprisonment with no supervised release to follow, to run concurrent with the sentence imposed in Case Number 6:24-cr-51, in the Eastern District of Texas, Tyler Division. The Court recommends to the Bureau of Prisons

that the place of confinement be FCI Seagoville, Texas or FCI Texarkana, Texas.

**So ordered and signed on this**

**Jul 25, 2025**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE